**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**AUSTIN KENNETH WHITE,**<br><br>**Defendant.** | **Case No. 26-mj-211** |

**GOVERNMENT'S MOTION TO RECALL AND CANCEL ARREST WARRANT**

The United States of America, by and through the United States Attorney for the District of Columbia, respectfully moves pursuant to Federal Rule of Criminal Procedure 4(c)(4)(A), to recall and cancel the outstanding arrest warrant issued in this matter. In support thereof, the Government states as follows:

1. The Defendant was arrested on probable cause on November 12, 2026, after agents with the Federal Bureau of Investigation ("FBI") located child sexual abuse material in the Defendant's home during the execution of a residential search warrant.

2. On November 13, 2026, this Court issued a Criminal Complaint charging the Defendant with a single count of Possession of Child Pornography, in violation of Title 18 U.S.C. § 2252(a)(4), which occurred on or about November 12, 2026.

3. The Government mistakenly sought an arrest warrant along with its submission of the Criminal Complaint, and this Court signed the arrest warrant on November 13, 2026.

4. The Defendant is currently in federal custody, pursuant to his November 12, 2026, arrest, and there is no need to execute the arrest warrant signed and issued on November 13, 2026.

**WHEREFORE**, the United States respectfully requests that this Court recall and cancel the unexecuted arrest warrant.

Date: November 14, 2026

Respectfully submitted,

JANINE F. PIRRO
United States Attorney

By: *_/s/ Karen Shinskie_*__________
Karen Shinskie
D.C. Bar 1023004
Assistant United States Attorney
United States Attorney's Office
601 D. St. NW
Washington, D.C. 20530
(202) 730-6787
Karen.shinskie@usdoj.gov